NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**VEDERI, LLC,**
*Plaintiff-Appellant,*

v.

**GOOGLE, INC.,**
*Defendant-Appellee.*

---

2013-1057, -1296

---

Appeals from the United States District Court for the Central District of California in No. 10-CV-7747, Chief Circuit Judge Alex Kozinski, sitting by designation.

---

**ON MOTION**

---

**O R D E R**

Vederi, LLC moves without opposition to consolidate the above-captioned cases, and to maintain the briefing schedule set in appeal no. 2013-1057.

Upon consideration thereof,

IT IS ORDERED THAT:

VEDERI, LLC v. GOOGLE, INC.　　　　　　　　　　　　　　　　　2

 The motions are granted.  The revised official caption is reflected above.

          FOR THE COURT

          /s/ Jan Horbaly
          Jan Horbaly
          Clerk

s24