# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Revised: April 30, 2013

Official Caption[1]

2013-1057, -1296

VEDERI, LLC,

Plaintiff-Appellant,

v.

GOOGLE, INC.,

Defendant-Appellee.

Appeals from the United States District Court for the Central District of California in No. 10-CV-7747, Chief Circuit Judge Alex Kozinski, sitting by designation.

Authorized Abbreviated Caption[2]

VEDERI, LLC V GOOGLE, INC., 2013-1057, -1296

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.