# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

**DANIEL E. O'TOOLE**
**CLERK**

**TELEPHONE:** 202-275-8000
**FAX:** 202-275-9678

May 19, 2014

David A. Dillard
Christie, Parker & Hale LLP
23rd Floor
P.O. Box 146
655 North Central Avenue
Glendale, CA 91203-2445

RE: VEDERI, LLC V. GOOGLE, INC.; Appeal No. 2013-1057

Dear Mr. Dillard:

The court invites a response from the Appellant to the Appellee's petition for rehearing en banc.

Please file your response in accordance with Fed. Cir. Rules 35 and 40 on or before June 2, 2014.

Very truly yours,

/s/ Daniel E. O'Toole
    Daniel E. O'Toole
    Clerk